**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHRISTINE ANN GUARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:26-cv-508 (MTT)** |
| | ) | |
| **FRANK BISIGNANO, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Before the Court is the Plaintiff's 100-page complaint. ECF 1. Plaintiff is **ORDERED** to amend her complaint to contain no more than 40 pages, in compliance with the following instructions, no later than November 20, 2026.

## I. DISCUSSION

The amended complaint will take the place of, and supersede, the Plaintiff's former complaint. *See Hoefling v. City of Miami*, 811 F.3d 1271, 1277 (11th Cir. 2016). The Plaintiff may not refer to, or incorporate by reference, her previous complaint, and the Court will not look back to the facts alleged in her former complaint once the amended complaint is filed. *Id.* (holding that the filing of an amended pleading renders the previous pleading a "legal nullity").

### A. Format of Amended Complaint

The amended complaint shall be no longer than 40 pages and include the following sections: 1) Identification of the Parties, 2) Basis for Jurisdiction, 3) Statement of Facts, 4) Statement of Claims. Each section should include, at a minimum, the information addressed under each heading below:

1. **Identification of the Parties**

In this section, Plaintiff shall identify all parties to the case.

2. **Basis for Jurisdiction**

In this section, Plaintiff shall identify every basis supporting the Court's subject matter jurisdiction in the case.

3. **Statement of Facts**

In this section, Plaintiff shall state, in numbered paragraphs, all facts pertinent to Plaintiff's claims.

4. **Statement of Claims**

In this section, Plaintiff shall state each claim for recovery. Each claim shall be stated under a separate heading.

a. **Headings.**

Each heading shall be labeled and numbered as a "count." Headings shall identify what the claim is and against whom it is asserted.[1]

**Example: Count I, Negligence Claim Against Defendant John Smith**

b. **Basis for the Claim**

Under each heading, Plaintiff shall cite the appropriate statutory or constitutional authority for bringing the claim and state the factual basis for her claim. Plaintiff must provide enough facts to plausibly allege that each defendant's actions or omissions resulted in the violation of her rights under a specific law.

---

[1] Plaintiff must link any claims she makes to a named defendant. If Plaintiff fails to link a named defendant to a claim, the claim will be dismissed; if Plaintiff makes no allegations in the body of her complaint against a named defendant, that defendant will be removed from the action.

## II. CONCLUSION

Plaintiff is **ORDERED** to amend her complaint, consistent with these instructions, **no later than November 20, 2026**.

**SO ORDERED**, this 29th day of October, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT